

**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

Date: 9/5/17

Re: Jamel Floyd 10A3917

**RECEIVED**
SEP 0 7 2017
EDNY PRO SE OFFICE

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 07 2017 ★
LONG ISLAND OFFICE

Dear Sir/Madam:

Legal mail for the above named offender was recently received from your office. Please be advised that this offender is temporarily absent from this facility and may not be returning in the immediate future.

To avoid the confusion and delay that can accompany repeated attempts to forward this mail, it will be held at this facility until the offender returns. If your correspondence requires a timely response from the offender, you may contact the Inmate Records Coordinator at (315) 253-8401, ext. 4100 to ascertain the present location of the offender. You may then send a second copy to the offender at his temporary location.

Sincerely,

B. Smith

**Correspondence Dept.**

---

Auburn Correctional Facility, 135 State Street, Auburn, NY  13024-9000 | (315) 253-8401| www.doccs.ny.gov



STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK 13024



Clerk of US District Court, EDNY
100 Federal Plaza
PO Box 9014
Central Islip, NY 11722-9014